UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-14385-KHT |
| TODD CREEK FARMS HOME OWNERS ) | |
| ASSOCIATION, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES**

The undersigned counsel, Kutner Brinen Dickey Riley, P.C., hereby enters its appearance as counsel for Edie Apke, Barbara Austin, Kathy Blanchard, Georgiana Bohlender, Paula Boswell, Donna Herrick, Julie Branting, Lisa Barlow, Danna Cokllingham, Fred Cone, Elizabeth DeLisa, Daniel Dougherty, Dave Gruthoff, John Joyner, Paul King, Shari King, Jennifer Osgood, Dave Osgood, Anitra Rock, Chuck Payne, Keith Seabaugh, Owen Schaeffer, Ria Schaeffer, Craig Wuertz, and Charlie Wuertz pursuant to Section 342 of the Bankruptcy Code, and Rules 2002 and 9010 of the Bankruptcy Rules, we request that all notice given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, be given to and served upon the undersigned at the offices, addresses, e-mails, and telephone and fax numbers set forth below.

In addition, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtor or property of the Debtor or the estate.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims actions, defenses, setoffs, and recoupments this creditor expressly reserves.

DATED: August 6, 2025                               Respectfully submitted,


                                                    By:     _s/ Jonathan M. Dickey_____
                                                          Jonathan M. Dickey, #46981
                                                          **KUTNER BRINEN DICKEY RILEY, P.C.**
                                                          1660 Lincoln Street, Suite 1720
                                                          Denver, CO 80264
                                                          Telephone:  (303) 832-3047
                                                          Email: jmd@kutnerlaw.com

CERTIFICATE OF SERVICE

I certify that on August 6, 2025, I served a complete copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Kevin Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
P.O. Box 100455
Denver, CO 80250

Jeffrey Weinman, Esq.
Katharine S. Sender, Esq.
Allen Vellone Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202

Eric R. Jaworski, Esq.
CYLG, P.C.
1750 North High Street
Denver, CO 80218

/s/Vicky Martina
**Vicky Martina**