# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: Todd Creek Farms Home Owners Association, Inc., | Case No. 25-14385 KHT |
| Debtor. | Chapter 11 |

### ORDER GRANTING MOTION TO APPROVE THE RETAINER FROM THE DEBTOR-IN-POSSESSION TO ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

    This matter comes before the Court upon the Debtor's Motion to Approve the Retainer from the Debtor-in-Possession to Allen Vellone Wolf Helfrich & Factor P.C. (the "Motion"). The Court, having found that proper notice of the Motion was given, no objections were filed or were otherwise resolved, and the Court, having reviewed the Motion and being advised in the premises, hereby

    ORDERS that the Motion is GRANTED and the retainer is approved.

    Dated:  this 25th day of August, 2025.

BY THE COURT

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Court Judge