## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Todd Creek Farms Home Owners Association, Inc.,<br><br>Debtor. | Case No.: 25-14385 KHT<br><br>Chapter: 11 |

## ORDER GRANTING APPLICATION TO ORTEN CAVANAGH HOLMES & HUNT, LLC AS SPECIAL COUNSEL FOR DEBTOR PURSUANT TO 11 U.S.C. § 327(e)

THIS MATTER is before the Court on the Application to Employ Orten Cavanagh Holmes & Hunt, LLC as Special Counsel for Debtor Pursuant to 11 U.S.C. § 327(e) (the "Application"). The Court, having reviewed the Application, is advised of the premises, and there being good cause for granting the Application, hereby

FINDS that (a) Orten Cavanagh Holmes & Hunt, LLC (the "Firm") neither holds nor represents an interest adverse to the bankruptcy estate or the Debtor with respect to the matters within the scope of retention, as set forth in the Application and (b) employment of the Firm as special counsel is in the best interest of creditors and the estate.

IT IS HEREBY ORDERED that the Firm is hereby employed as special counsel for the Debtor under 11 U.S.C. § 327(e), to represent the Debtor with respect to the general community association law matters more fully described in the Application, with its compensation to be paid in such amounts as the Court may hereafter determine and allow. No fees may be paid without Court approval after proper application for such fees.

Dated: this 25th day of August, 2025.

BY THE COURT:

_Kimberley H Ty_____

Hon. Kimberley H. Tyson
United States Bankruptcy Court Judge