UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TODD CREEK FARMS HOME OWNERS ASSOCIATION, INC. | ) Case No. 25-14385-KHT |
| | ) |
| | ) Chapter 11, Subchapter V |
| Debtor. | ) |

**ORDER GRANTING MOTION TO CONTINUE DEADLINE TO RESPOND TO MOTION TO DISMISS AND CORRESPONDING HEARING**

Upon consideration of the Motion to Continue Deadline to Respond to Motion to Dismiss and Corresponding Hearing (the "Motion"), the Court having considered the Motion and cause being shown therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The deadline to respond to the Motion to Dismiss is hereby continued to through and including **September 30, 2025**. The hearing on the Motion to Dismiss is hereby continued to **Tuesday, October 7, 2025 at 9:30 a.m.** Parties shall appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht

Dated: September 16, 2025

BY THE COURT:

_Kimberley H. Tyson_
Honorable Kimberley H. Tyson
Chief United States Bankruptcy Judge